UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

USE OF ELECTRONIC DEVICE
AUTHORIZATION                                                   Case No. 8:25-mc-1
_____/

## ORDER

For the swearing in of **Alec Brito**, the individuals named in this order will be the guests of the undersigned on **Friday, April 18, 2025.** Because they may want to each bring a cellular telephone (and camera) into the courthouse and specifically Courtroom 15B, it is **ORDERED**:

The following persons may each bring a cellular telephone (and camera) into the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida, on April 18, 2025:

- **Alec Brito**
- **Leoner Brito**
- **Gabriel Brito**
- **Conzuelo Brito**
- **Aylen Suarez**
- **Franklyn Del Rio**
- **Branden Del Rio**
- **Luisa Del Rio**
- **Michelle Montalvan**
- **Isabella Delgado**

**Sophia Delgado**

**Ronnie Darrigo, Esq.**

**Jose Suarez**

**Mirta Suarez**

The devices are subject to inspection and exclusion by security personnel at their sole discretion and at any time. Guests are reminded to bring a copy of this order and photo identification such as a driver's license.

**DONE AND ORDERED** at Tampa, Florida, on April 16, 2025.

*[signature]*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers