# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

SUMMER INTERNSHIP WITH
JUDGE WILLIAM F. JUNG,
ELECTRONIC DEVICE
AUTHORIZATION　　　　　　　　　　　　　　　　Case No. 8:25-mc-1
_____/

## ORDER

**Nathan Gimness** is a law school student and summer intern with Judge William F. Jung beginning May 19, 2025. Mr. Gimness has permission to bring a cell phone and laptop computer into the Sam M. Gibbons Federal Courthouse, 801 N. Florida Avenue, Tampa, Florida, May 19, 2025, through and including August 1, 2025. The cellular phone and laptop computer are subject to inspection and exclusion at any time by security personnel at their sole discretion and may not be used to record official proceedings of the Court. Summer interns are reminded to bring a copy of this order and photo identification such as a driver's license to present to the security personnel inside the front entrance.

　　　　**DONE AND ORDERED** at Tampa, Florida, on May 13, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers (front lobby)