**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

FALL INTERNSHIP WITH
JUDGE WILLIAM F. JUNG,
ELECTRONIC DEVICE
AUTHORIZATION                                                    Case No. 8:25-mc-1
_____/

## ORDER

**Cameron Vis** is a law school student and fall semester intern with Judge William F. Jung beginning August 18, 2025. Mr. Vis has permission to bring a cell phone and laptop computer into the Sam M. Gibbons Federal Courthouse, 801 N. Florida Avenue, Tampa, Florida, August 18, 2025, through and including November 21, 2025. The cellular phone and laptop computer are subject to inspection and exclusion at any time by security personnel at their sole discretion and may not be used to record official proceedings of the Court. A copy of this order and photo identification such as a driver's license must be presented to the security personnel inside the front entrance.

**DONE AND ORDERED** at Tampa, Florida, on August 14, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers (front lobby)