## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

USE OF ELECTRONIC DEVICE
AUTHORIZATION

Case No. 8:25-mc-1

_____/

## ORDER

**Ben Lindquist** is a term law clerk for Judge Jung and does not yet have his employee security badge.  In the event he needs a cell phone order tomorrow, August 19, authorization is hereby given for **Ben Lindquist** to bring his cellular telephone into the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida.  Please present photo identification to the security officers upon entry to the courthouse.

**DONE AND ORDERED** at Tampa, Florida, on August 18, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
U.S. Marshals Service
Court Security Officers