UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

USE OF ELECTRONIC DEVICE
AUTHORIZATION                                              Case No. 8:25-mc-1
_____/

## ORDER

Eric J. Lindquist and Shari A. Lindquist will be the guests of the undersigned on Friday, October 17, 2025. Because they may want to each bring a cellular telephone (and camera) into the courthouse and specifically Chambers 15B and Courtrooms 15B and 17, it is **ORDERED**:

**Eric J. Lindquist and Shari A. Lindquist** may each bring a cellular telephone (and camera) into the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida on October 17, 2025. The devices are subject to inspection and exclusion by security personnel at their sole discretion and at any time. Guests are reminded to bring a copy of this order and photo identification such as a driver's license.

**DONE AND ORDERED** at Tampa, Florida, on October 17, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers