# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

USE OF ELECTRONIC DEVICE
AUTHORIZATION  Case No. 8:25-mc-1
_____/

## ORDER

Gina Jung and Daniel Jung will be guests of the undersigned today, Thursday, October 23, 2025. Because each may want to bring a cellular telephone into the courthouse and specifically Chambers 15B and Courtroom 17, it is

**ORDERED**:

**Gina Jung and Daniel Jung** may each bring a cellular telephone into the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida, today, October 23, 2025. The devices are subject to inspection and exclusion by security personnel at their sole discretion and at any time. Please bring a copy of this order and photo identification, such as a driver's license, to present to the security officers upon entry.

**DONE AND ORDERED** at Tampa, Florida, on October 23, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers